Paul S. Padda, Esq. (NV Bar #10417)
Email: paul.padda@thefederaldefenders.com
THE FEDERAL DEFENDERS LAW GROUP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **NERINDA ROBINSON, individually,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 2:15-cv-1162-APG-VCF** |
| ) | |
| **GREAT CLIPS, INC., A Foreign** ) | |
| **Corporation; BRANDEE CHAMBERS,** ) | |
| **individually,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE MOTION TO DISMISS**
**(SECOND REQUEST)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(B), Plaintiff respectfully

requests that the Court extend by 1-business day, or until October 5, 2015, the time within which

Plaintiff must respond to the motion to dismiss filed by Defendant Brandee Chambers (Pacer

#14). Plaintiff's response was due on October 2, 2015. This is Plaintiff's second request for

extension of time for the purpose set forth herein

In support of this motion, Plaintiff relies upon the memorandum of points and authorities

set forth below.

. . .

. . .

. . .

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1)(B) permits a party to extend a deadline after its expiration upon a showing of "excusable neglect."

Here, undersigned counsel was not able to timely file a response to Defendant Brandee Chambers' motion to dismiss, as originally contemplated, on account of illness. Undersigned counsel, who worked part of the day last Friday (October 2, 2015), left the office early after experiencing a severe headache. Undersigned counsel expected to file a response over the weekend but continued to feel ill and was not in a position to file an appropriate response until today.

In light of the foregoing, undersigned counsel respectfully requests that the Court grant this one business day extension of time.

## CONCLUSION

Plaintiff, by and through counsel, respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.

Attorney for Plaintiff

Dated: October 5, 2015

**IT IS SO ORDERED:**

**Plaintiff's second motion for extension of time to respond to Defendant Brandee Chambers' motion to dismiss is hereby granted. Plaintiff shall file a response on or before October 5, 2015.**

_____
 UNITED STATES DISTRICT JUDGE
 Dated: October 6, 2015.

2