# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NERINDA ROBINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GREAT CLIPS, INC., *et al.*,<br><br>        Defendants. | 2:15-cv-01162-APG-VCF<br><br>**ORDER** |

    Before the court is *Nerinda Robinson v. Great Clips, Inc, et al.*, case number 2:15-cv-01162-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:30 p.m., November 13, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 30th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE