|   |   |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar # 004632 |
|   | CRYSTAL J. HERRERA, ESQ., Bar # 12396 |
| 2 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
|   | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
|   | Fax No.:         702.862.8811 |
| 5 |   |
|   | Attorneys for Defendant, |
| 6 | BRANDEE CHAMBERS |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| NERINDA ROBINSON, Individually, | Case No. 2:15-cv-01162-APG-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. |  |
| GREAT CLIPS, INC., a Foreign Corporation; BEETEE #2, LLC, a Domestic Limited Liability Company; BRANDEE CHAMBERS, individually, | **(FIRST REQUEST)** |
| Defendants. | **ORDER** |

Plaintiff NERINDA ROBINSON ("Plaintiff" or "Robinson") and Defendant BRANDEE CHAMBERS ("Defendant" or "Chambers"), by and through their respective counsel of record, hereby stipulate and agree to the following:

Defendant's Reply in Support of her Motion to Dismiss is currently due on November 9, 2015. The parties have agreed that the new date for filing the Reply is extended 30 days to December 9, 2015. This extension is necessary to provide adequate time for counsel for Defendant to receive and review necessary information to prepare a Reply in support of her Motion to Dismiss and for Plaintiff to explore a potential dismissal of Defendant. This is the first request for an extension of time for Defendant to reply in support of her Motion to Dismiss.

…

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated:  November 6, 2015

Respectfully submitted,

/s/ Paul S. Padda, Esq.
RUTH L. COHEN, ESQ.
PAUL S. PADDA, ESQ.
THE FEDERAL DEFENDERS LAW GROUP

Attorneys for Plaintiff,
NERINDA ROBINSON

Dated:  November 6, 2015

Respectfully submitted,

/s/ Patrick H. Hicks, Esq.
PATRICK H. HICKS, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
BRANDEE CHAMBERS

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.