Paul S. Padda, Esq. (NV Bar #10417)
Email: paul.padda@thefederaldefenders.com
THE FEDERAL DEFENDERS LAW GROUP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NERINDA ROBINSON, individually,   )
                                  )
            Plaintiff,            )
                                  )
    vs.                           ) Case No. 2:15-cv-1162-APG-VCF
                                  )
GREAT CLIPS, INC., A Foreign      )
Corporation; BEETEE #2 LLC,       )
a Domestic Limited Liability Company; )
BRANDEE CHAMBERS,                 )
individually,                     )
                                  )
            Defendants.           )
_____ )

**STIPULATION OF VOLUNTARY DISMISSAL**
**PERTAINING ONLY TO DEFENDANT GREAT CLIPS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby stipulates to voluntary dismissal (with prejudice) of her claims asserted in this civil action against Defendant Great Clips, Inc.. This stipulation pertains only to the referenced Defendant and no other party. The parties to this stipulation further agree that each respective party shall bear its own attorney's

. . .

. . .

. . .

. . .

. . .

. . .

1  fees and costs with respect to this litigation.  The parties respectfully request that the Court

2  approve this stipulation.

3                                             Respectfully submitted,

4  /s/ *Lisa Zastrow*                         /s/ *Paul S. Padda*
   _____                        _____
5  Lisa Zastrow, Esq.                         Paul S. Padda, Esq.
   KOLESAR & LEATHAM                          THE FEDERAL DEFENDERS LAW GROUP
6  Las Vegas, Nevada                          Las Vegas, Nevada

7  Dated: December 16, 2015                   Dated: December 16, 2015

8  Attorney for Great Clips, Inc.             Attorney for Plaintiff

9

10                          **IT IS SO ORDERED:**

11                          **The Court hereby approves the stipulation of voluntary
                            dismissal filed in this matter by Plaintiff.  The claims**
12                          **asserted in this matter (*Nerinda Robinson v. Great Clips,
                            Inc., et. al.*, 2:15-cv-1162-APG-VCF) against Defendant**
13                          **Great Clips, Inc. are hereby dismissed (with prejudice)
                            with each party to bear its own costs and attorney's**
14                          **fees.  This dismissal pertains only to Defendant Great
                            Clips, Inc. only and no other party.**

15

16                          _____
                            **UNITED STATES DISTRICT JUDGE**
17
                            **Dated: December __16__, 2015**
18

19

20                          CERTIFICATE OF SERVICE

21       In compliance with the Court's Local Rules, the undersigned hereby certifies that on
   December 16, 2015, a copy of the foregoing document, "STIPULATION OF VOLUNTARY
22 DISMISSAL PERTAINING ONLY TO DEFENDANT GREAT CLIPS, INC." was served (via
   the Court's CM/ECF system) upon all counsel of record in this matter.
23

24                                          /s/ *Paul S. Padda*

25                                          _____
                                            Paul S. Padda, Esq.

26                                          2